**BRADLEY/GROMBACHER LLP**
Marcus J. Bradley, Esq (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Lirit A. King, Esq. (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Phone: (805) 270-7100
Email:  mbradley@bradleygrombacher.com
        kgrombacher@bradleygrombacher.com
        lking@bradleygrombacher.com

*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NOTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN PRYOR, individually, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>     v.<br><br>BLACKHAWK NETWORK, INC., dba BLACKHAWK ENGAGEMENT SOLUTIONS,<br><br>            Defendant. | Case No.: 3:22-cv-07084-CRB<br><br>**STIPULATION AND ORDER CONSOLIDATING RELATED ACTIONS, EXTENDING RESPONSE DATE, AND SETTING OTHER DEADLINES** |
| SABRINA SINGLETON, individually, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>     v.<br><br>BLACKHAWK NETWORK, INC., dba BLACKHAWK ENGAGEMENT SOLUTIONS,<br><br>            Defendant. | Case No.: 3:22-cv-07198-TSH |

| | | |
|---|---|---|
| 1 | SILVIA CORTEZ, individually, and on behalf of all others similarly situated, | Case No.: 4:22-cv-07492-KAW |
| 2 | | |
| 3 | Plaintiffs, v. | |
| 4 | BLACKHAWK NETWORK, INC., dba BLACKHAWK ENGAGEMENT SOLUTIONS, | |
| 5 | | |
| 6 | Defendant. | |

The below-referenced Parties stipulate and represent as follows:

WHEREAS, there are three (3) related proposed class action cases pending in the United States District Court for the Northern District of California: *Steven Pryor v. Blackhawk Network, Inc.*, No. 3:22-cv-07084-CRB ("*Pryor*"), filed November 11, 2022, and pending before the Honorable Judge Charles R. Breyer; *Sabrina Singleton v. Blackhawk Network, Inc.*, No. 3:22-cv-07198-TSH ("*Singleton*"), filed November 16, 2022, and pending before the Honorable Magistrate Judge Thomas S. Hixson; *Sylvia Cortez et al. v. Blackhawk Network, Inc.*, No. 4:22-cv-07492-KAW ("*Cortez*"), filed November 28, 2022, and pending before the Honorable Magistrate Judge Kandis A. Westmore (together, the "Related Actions");

WHEREAS, Plaintiffs in the Related Actions ("Plaintiffs") allege that Defendant Blackhawk Network, Inc. ("Defendant") failed to, *inter alia*, protect consumers' information from unauthorized access by third parties;

WHEREAS, Plaintiffs in the *Cortez* action have filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12, to which the Parties have stipulated;

WHEREAS, Plaintiffs agree that consolidation is appropriate under the Federal Rule of Civil Procedure 42(a), because the Related Actions involve common questions of law or fact; specifically, the cases name the same defendant, arise from the same events, and assert overlapping claims and putative classes;

WHEREAS, the Parties have conferred and agree that consolidation of the Related Actions would serve the interests of efficiency and judicial economy, and would not cause any inconvenience, delay, confusion, or prejudice;

WHEREAS, the Parties hereby stipulate pursuant to Civil Local Rule 6-1(a) to extend the time within which Defendant must answer or otherwise respond to the respective complaints in the Related Actions as set forth below and otherwise propose, subject to Court approval, that these actions proceed on the following schedule:

1. Plaintiffs shall file a consolidated complaint no later than thirty (30) days following entry of an order approving this stipulation;

2. Defendant shall not be required to respond to the respective complaints in the Related Actions pending approval of this stipulation;

3. Defendant shall have thirty (30) days from the filing of the consolidated complaint in which to respond thereto;

4. In the event the Court declines to consolidate the Related Actions, Defendant shall have thirty (30) days from the date of any order denying consolidation in which to respond to the respective complaints filed in the Related Actions;

5. Discovery shall be stayed until Plaintiffs file the Consolidated Complaint or until the Court denies the stipulations relating and/or consolidating the Related Actions; and

6. The Case Management Conference in the Related Actions shall be vacated and rescheduled for a date at least 14 days after Defendant's answer to the consolidated complaint is filed (or if consolidation is denied, after answers to the respective complaints are filed in the Related Actions).

NOW THEREFORE, the Parties, through their respective counsel and subject to the Court's approval, hereby stipulate that:

1. The *Pryor*, *Singleton* and *Cortez* actions currently pending in this District, and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District, shall be consolidated for pre-trial purposes pursuant to Federal Rule of Civil Procedure 42(a) before the Honorable Judge Charles R. Breyer (hereafter the "Consolidated Action") and pursuant to the procedure set forth in Paragraph 5 below.

2. All papers filed in the Consolidated Action shall be filed under Case No. 3:22-cv-07084-CRB, the number assigned to the first-filed case, and shall bear the following caption:

//

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE: BLACKHAWK NETWORK DATA BREACH LITIGATION*<br><br>This Document Relates To: | Case No.: 3:22-cv-07084-CRB |

3. The case file for the Consolidated Action will be maintained under Master File No.: 3:22-cv-07084-CRB. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above.

4. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first named plaintiff in said action shall appear immediately after the words, "This Document Relates To:" in the caption identified above, for example, "3:22-cv-07084-CRB (Pryor)."

5. Any action subsequently filed, transferred or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be consolidated with the Consolidated Action for pre-trial purposes pursuant to the procedure set forth below. In the event such an action is subsequently filed, transferred, or removed to this Court:

6. The parties in the Consolidated Action shall file an Administrative Motion to Consider Whether Cases Should be Related pursuant to N.D. Cal. Civ. L.R. 3-12 and shall indicate whether the new case might properly be consolidated with the Consolidated Action.

7. Plaintiffs' counsel in the Consolidated Action shall promptly mail a copy of this Order to counsel for the plaintiff(s) in each subsequently-filed or transferred related actions and to counsel for any defendants in each such action not already a party to any action previously consolidated.

8. Promptly thereafter, upon notice to counsel for the parties in each such action, counsel for Plaintiffs in the Consolidated Actions and counsel for Defendant shall submit to the Court a proposed order consolidating any such action.

9. Any party objecting to the application of this Order to such a subsequently-filed or transferred action shall, within 14 days after the date upon which such a copy of this Order is mailed by Plaintiffs' counsel in the Consolidated Action to counsel for such party, file a motion seeking relief from this Order.

10. If the Court determines that the cases shall be consolidated, the clerk shall make an appropriate entry in the Master File docket and in any other applicable dockets.

11. Upon approval of this stipulation, the parties shall do the following:

12. Plaintiffs shall file a Consolidated Complaint no later than thirty (30) days following entry of an order approving this stipulation; and

13. Defendant shall file responsive pleadings no later than thirty (30) days following the filing of the Consolidated Complaint.

14. Discovery shall be stayed until Plaintiffs file the Consolidated Complaint or until the Court denies the stipulations relating and/or consolidating the Related Actions.

The Case Management Conference in the Related Actions is vacated and rescheduled for 6/30/2023 Joint Case Management Conference report due 6/23/2023 at 8:30 a.m.

**IT IS SO STIPULATED.**

DATED: January 6, 2023          **CLAYEO C. ARNOLD,**
                                **A PROFESSIONAL LAW CORP.**

                        By:  /s/ M. Anderson Berry
                             M. Anderson Berry (SBN 262879)
                             Gregory Haroutunian (SBN 330263)
                             865 Howe Avenue
                             Sacramento, CA 95825
                             Telephone: (916) 239-4778
                             Fax: (916) 924-1829
                             Email: aberry@justice4you.com
                                    gharoutunian@justice4you.com

-4-
STIPULATION AND ORDER CONSOLIDATING RELATED ACTIONS, EXTENDING RESPONSE DATE, AND SETTING OTHER DEADLINES

| | | |
|---|---|---|
| 1 | DATED: January 6, 2023 | **MARKOVITS, STOCK & DEMARCO, LLC** |

                                        By: /s/ Terence R. Coates
                                          Terence R. Coates (*pro hac vice* forthcoming)
                                          119 East Court Street, Suite 530
                                          Cincinnati, OH 45202
                                          Telephone: (513) 651-3700
                                          Fax: (513) 665-0219
                                          Email: tcoates@msdlegal.com

                                        *Attorneys for Plaintiff Steven Pryor*

DATED: January 6, 2023                      **COLE & VAN NOTE**

                                        By: /s/ Laura Van Note
                                          Laura Van Note, Esq.
                                          Scott Edward Cole, Esq.
                                          555 12th Street, Suite 1725
                                          Oakland, California 94607
                                          Telephone: (510) 891-9800
                                          Facsimile: (510) 891-7030
                                          Email: sec@colevannote.com
                                                    lvn@colevannote.com

                                        *Attorneys for Plaintiff Sabrina Singleton*

DATED: January 6, 2023                      **BRADLEY/GROMBACHER LLP**

                                        By: /s/ Kiley L. Grombacher
                                          Kiley L. Grombacher, Esq.
                                          Marcus J. Bradley, Esq.
                                          Lirit A. King, Esq.
                                          31365 Oak Crest Drive, Suite 240
                                          Westlake Village, CA 91361
                                          Phone: (805) 270-7100
                                          Email: mbradley@bradleygrombacher.com
                                                  kgrombacher@bradleygrombacher.com
                                                  lking@bradleygrombacher.com

                                        *Attorneys for Cortez Plaintiffs*

| | |
|---|---|
| DATED: January 6, 2023 | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| | By: /s/ Rebecca Harlow |
| | Rebecca C. Harlow |
| | The Orrick Building |
| | 405 Howard Street |
| | San Francisco, CA 94105 |
| | (415) 415-773-5598 |
| | Email: rharlow@orrick.com |
| | *Attorneys for Defendant Blackhawk Network, Inc. d/b/a Blackhawk Engagement Solutions* |

## ATTESTATION

Pursuant to L.R. 5-1(h)(3), the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

DATED: January 6, 2023

/s/ Kiley L. Grombacher

Kiley L. Grombacher

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __January 10, 2023__    By, _____
                                   THE HONORABLE CHARLES R. BREYER
                                   UNITED STATES DISTRICT COURT JUDGE