ARAVIND SWAMINATHAN (*admitted pro hac vice*)
aswaminathan@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant
Blackhawk Network, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE: BLACKHAWK NETWORK DATA BREACH LITIGATION*<br><br>This Document Relates to All Cases | Case No. 3:22-cv-07084-CRB<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO MODIFY CASE SCHEDULE**<br><br>Judge:    Hon. Charles R. Breyer |

1  The below-referenced Parties stipulate and represent as follows:

2  WHEREAS, the Court previously ordered consolidation of three actions: *Steven Pryor v.
3  Blackhawk Network, Inc.*, No. 3:22-cv-07084-CRB ("*Pryor*"), filed November 11, 2022; *Sabrina
4  Singleton v. Blackhawk Network, Inc.*, No. 3:22-cv-07198-TSH ("*Singleton*"), filed November 16,
5  2022; and *Sylvia Cortez et al. v. Blackhawk Network, Inc.*, No. 4:22-cv-07492-KAW ("*Cortez*"),
6  filed November 28, 2022 (together, the "Related Actions") (ECF No. 19);

7  WHEREAS, Defendant Blackhawk Network Inc. d/b/a Blackhawk Engagement Solutions
8  ("Defendant") filed a motion to dismiss the Amended Consolidated Class Action Complaint on
9  March 13, 2023 (ECF No. 27);

10  WHEREAS, the Parties participated in mediation with mediator Michelle Yoshida of
11  Phillips ADR on June 5, 2023;

12  WHEREAS, the Parties continued to discuss early resolution following the mediation;

13  WHEREAS, the Parties have reached a settlement in principle and are now working
14  diligently to finalize a formal written settlement agreement;

15  WHEREAS, Plaintiffs' deadline to file a motion for preliminary approval is currently
16  September 29, 2023;

17  NOW THEREFORE, the Parties, through their respective counsel and subject to the Court's
18  approval, hereby stipulate that:

19  Plaintiffs will file a motion for preliminary approval of the settlement by October 20, 2023.
20  **IT IS SO STIPULATED.**

21
22
23
24
25
26
27
28

| | |
|---|---|
| 1  Dated: September 27, 2023 | |
| 2 | |
| 3 | By:   */s/ Aravind Swaminathan* <br>        Aravind Swaminathan |
| 4 | Aravind Swaminathan <br> Rebecca Harlow <br> Thomas Fu <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 401 Union Street <br> Suite 3300 <br> Seattle, WA  98101-2668 <br> Telephone:  +1 206 839 4300 <br> Facsimile:  +1 206 839 4301 <br> Email:  aswaminathan@orrick.com |

*Attorneys for Defendant Blackhawk Network, Inc. d/b/a Blackhawk Engagement Solutions*

Dated: September 27, 2023

By:   */s/ M. Anderson Berry*
       M. Anderson Berry

M. Anderson Berry
Gregory Haroutunian
CLAYEO C. ARNOLD,
A PROFESSIONAL CORP.
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Fax: (916) 924-1829
Email: aberry@justice4you.com
gharoutunian@justice4you.com

Terence R. Coates
MARKOVITS, STOCK & DEMARCO, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Fax: (513) 665-0219
Email: tcoates@msdlegal.com

*Attorneys for Plaintiff Steven Pryor*

Dated: September 27, 2023

By: ___/s/ Laura Van Note_____
      Laura Van Note

Laura Van Note, Esq.
Scott Edward Cole, Esq.
COLE & VAN NOTE
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: sec@colevannote.com
      lvn@colevannote.com

*Attorneys for Plaintiff Sabrina Singleton*

Dated: September 27, 2023

By: ___/s/ Kiley L. Grombacher_____
      Kiley L. Grombacher

Marcus J. Bradley, Esq.
Kiley L. Grombacher, Esq.
Lirit A. King, Esq.
BRADLEY/GROMBACHER LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Phone: (805) 270-7100
Email: mbradley@bradleygrombacher.com
      kgrombacher@bradleygrombacher.com
      lking@bradleygrombacher.com

*Attorneys for Cortez Plaintiffs*


# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 28, 2023             By: _____

　　　　　　　　　　　　　　　　　　　　　　Hon. Charles R. Breyer
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

**Attestation re Electronic Signatures**

I, Aravind Swaminathan, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 27, 2023            **ORRICK, HERRINGTON & SUTCLIFFE LLP**


By: */s/ Aravind Swaminathan*
    ARAVIND SWAMINATHAN