ARAVIND SWAMINATHAN (*admitted pro hac vice*)
aswaminathan@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

Attorneys for Defendant
Blackhawk Network, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE: BLACKHAWK NETWORK DATA BREACH LITIGATION*<br><br>This Document Relates to All Cases | Case No. 3:22-cv-07084-CRB<br><br>**DEFENDANT BLACKHAWK NETWORKS, INC.'S RESPONSE IN SUPPORT OF PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Judge: Hon. Charles R. Breyer |

Defendant Blackhawk Network, Inc. ("Blackhawk") files this statement in support of the Motion for Preliminary Approval filed by Plaintiffs in this matter on November 3, 2023. The parties participated in arms' length and good-faith mediation and subsequent negotiations that resulted in a settlement agreement that Blackhawk believes is fair to the parties and the class and a reasonable resolution of the litigation.

Dated: November 22, 2023

By: /s/ Aravind Swaminathan
Aravind Swaminathan

Aravind Swaminathan
Rebecca Harlow
Thomas Fu
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street
Suite 3300
Seattle, WA  98101-2668
Telephone:  +1 206 839 4300
Facsimile:  +1 206 839 4301
Email:  aswaminathan@orrick.com

*Attorneys for Defendant Blackhawk Network, Inc. d/b/a Blackhawk Engagement Solutions*