

Brown
Box 9007
Providence RI 02940

SP 03

Clerk of Court
US District Court
450 Golden Gate Avenue
San Francisco CA 94102

PRESORTED
FIRST CLASS MAIL
US POSTAGE PAID
MADISON WI
PERMIT NO 1480

11533271    49 2.7 DNFCN

RECEIVED
APR 16 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA