David Lopez
Tlahuapan 20-1, Colonia La Paz Oficina #235 , Mexico, 72160
Oficina #235
Puebla Puebla 72160
Mexico

SANTA CLARITA CA   913

17 APR 2024   PM 4

**MAILED**

APR 1 7 2024

Clerk Of Court
US District Court
450 Golden Gate Avenue
Box 36060
San Francisco CA 94102-3489

**RECEIVED**

APR 1 9 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-348999