IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BLACKHAWK NETWORK DATA BREACH LITIGATION

This Document Relates To: ALL ACTIONS            Case No. 3:22-cv-07084-CRB

## NOTICE OF APPEAL

I, Marian "Mabel" Brown appeal the Final Approval Order entered on June 3, 2024, at Entry 59, to the US Court of Appeals for the Ninth Circuit.

Dated this 10th day of June 2024.

*MIRIAM MABEL BROWN*
Miriam "Mabel" Brown
Box 9007
Providence RI  02940
mbrown@sunchannel.net

    I join and also appeal to the United States Court of Appeals from the final approval order that was listed on June 3, 2024, at the entry number 59.
    June 20 2024

Sr. David Lopez
Tlahuapan 20-1, Colonia la Paz
Oficina #235
Puebla, Puebla, Mexico, 72160
claims_info@newhampshirerights.com




