Generated: Aug 12, 2024 12:37PM                                                                                             Page 1/1



# U.S. District Court

### California Northern - San Jose

**THIS IS A COPY**

Receipt Date: Aug 12, 2024 12:36PM

M. Brown
PO Box 9007
Province , RI 02940

| Rcpt. No: 511019229 | Trans. Date: Aug 12, 2024 12:36PM | | | Cashier ID: #SC |
|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #29255915272 | 08/10/2024 | $605.00 |
| | | Total Due Prior to Payment: | | $605.00 |
| | | Total Tendered: | | $605.00 |
| | | Total Cash Received: | | $0.00 |
| | | Cash Change Amount: | | $0.00 |

**Comments:** 3:22-cv-07084-CRB

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.