# TRANSCRIPT ORDER

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**
CAND 435 (CAND Rev. 07/2024)

Please use one form per court reporter. Please read instructions on next page.
CJA Counsel should NOT use this form.
CJA Counsel should request transcripts by submitting a AUTH24 in eVoucher.

**COURT USE ONLY — DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Mariam Brown |
| 2a. CONTACT PHONE NUMBER | |
| 3. CONTACT EMAIL ADDRESS | mbrown@sunchannel.net |
| 1b. ATTORNEY NAME (if different) | pro se |
| 2b. ATTORNEY PHONE NUMBER | |
| 3. ATTORNEY EMAIL ADDRESS | mbrown@sunchannel.net |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | km 10.5 carretera norte, apartment 604, managua 11055 NIC  USA freight forwarder: PO Box 9007 #AE5 Prov RI 02940 |
| 5. CASE NAME | In re Blackhawk Network Data Breach |
| 6. CASE NUMBER | 3:22-cv-07084 |
| 7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ | FTR  JENNIFER COULTHARD |

**8. THIS TRANSCRIPT ORDER IS FOR:**
☒ APPEAL  ☐ CRIMINAL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) CJA: Do not use this form; use Form AUTH24 in eVoucher.
☐ NON-APPEAL  ☐ CIVIL

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/23 | Breyer | | All | ● | ○ | ○ | ○ | ○ | ○ | ○ | | X | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ M Brown
12. DATE: 9/5/2024

Clear Form    Save as new PDF