**BRADLEY/GROMBACHER LLP**
Marcus J. Bradley, Esq (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Phone: (805) 270-7100
Email: mbradley@bradleygrombacher.com
　　　　kgrombacher@bradleygrombacher.com

*Attorneys for the Cortez Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE: BLACKHAWK NETWORK DATA BREACH LITIGATION*<br><br>This Document Relates To:<br>3:22-cv-7492-CRB (Cortez) | Case No.: 3:22-cv-07084-CRB<br>Hon. Charles R. Breyer, Courtroom 6, 17th Floor<br><br>***AMENDED* CERTIFICATE OF SERVICE ON APPELLANT/OBJECTOR DAVID LOPEZ** |

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address 31365 Oak Crest Drive, Suite 240, Westlake Village, CA 91361.

On September 19, 2024, I served the foregoing documents described as

1) **NOTICE OF MOTION AND MOTION FOR AN ORDER REQUIRING OBJECTORS AND APPELLANTS MIRIAM "MABEL" BROWN AND DAVID LOPEZ TO POST AN APPEAL BOND;**

2) **DECLARATION OF KILEY GROMBACHER IN SUPPORT OF PLAINTIFFS' MOTION FOR IMPOSITION OF AN APPEAL BOND**

3) **[PROPOSED] ORDER GRANTING MOTION REQUIRING OBJECTORS AND APPELLANTS MIRIAM "MABEL" BROWN AND DAVID LOPEZ TO POST AN APPEAL BOND**

4) **NOTICE OF MOTION AND MOTION TO EXPEDITE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR IMPOSITION OF RULE 7 APPEAL BOND AGAINST OBJECTORS AND APPELLANTS MIRIAM "MABEL" BROWN AND DAVID LOPEZ**

5) **DECLARATION OF KILEY GROMBACHER IN SUPPORT OF PLAINTIFFS' MOTION TO EXPEDITE BRIEFING ON MOTION FOR APPEAL BOND**

6) **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE BRIEFING ON MOTION FOR IMPOSITION OF APPEAL BOND**

on all interested parties in this action as follows:

[X] **(BY E-MAIL)** On the above date, I served the above-mentioned document(s) by electronic mail to the parties' email addresses as they are known to me as displayed above. My email address is sboucher@bradleygrombacher.com I did not receive, within a reasonable period of time, any indication that the transmission did not go through.

[X] **(BY OVERNIGHT MAIL)** On the above date, I served the aforementioned documents by enclosing them in an envelope addressed to the person at the address below. I placed the envelope or package for collection and overnight delivery in a drop box at Westlake Village, California for priority overnight next business day delivery.

>Sr. David Lopez
>Tlahuapan 20-1, Colonia la Paz
>Oficina #235
>Puebla, Puebla, Mexico 72160
>claims_info@newhampshirerights.com

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed September 19, 2024, at Westlake Village, California.

_/s/ Suzette Boucher_
Suzette Boucher