BRADLEY/GROMBACHER LLP
Marcus J. Bradley, Esq (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Phone: (805) 270-7100
Email: mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

*Attorneys for the Cortez Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BLACKHAWK NETWORK DATA BREACH LITIGATION<br><br>This Document Relates To:<br>3:22-cv-7492-CRB (Cortez) | Case No.: 3:22-cv-07084-CRB<br>Hon. Charles R. Breyer, Courtroom 6, 17th Floor<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF:**<br><br>1) **NOTICE OF MOTION AND MOTION FOR AN ORDER REQUIRING OBJECTORS AND APPELLANTS MIRIAM "MABEL" BROWN AND DAVID LOPEZ TO POST AN APPEAL BOND (DKT. NO. 66) AND**<br><br>2) **NOTICE OF MOTION AND MOTION TO EXPEDITE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR IMPOSITION OF RULE 7 APPEAL BOND AGAINST OBJECTORS AND APPELLANTS MIRIAM "MABEL" BROWN AND DAVID LOPEZ (DKT. NO. 67), FILED ON AUGUST 29, 2024** |

PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTIONS (DKT. NOS.66 AND 67)

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, due to a service failure and, pursuant to Local Rule 7-7(e) Plaintiffs hereby withdraw the following motions:

1) Notice of Motion and Motion for an Order Requiring Objectors and Appellants Miriam "Mabel" Brown and David Lopez to Post an Appeal Bond (Dkt. No. 66) and

2) Notice of Motion and Motion to Expedite Briefing Schedule on Plaintiffs' Motion for Imposition of Rule 7 Appeal Bond Against Objectors and Appellants Miriam "Mabel" Brown and David Lopez (Dkt. No. 67), filed on August 29, 2024.

DATED: September 19, 2024    Respectfully submitted,

**BRADLEY/GROMBACHER LLP**

By: /s/ *Kiley L. Grombacher*
Kiley L. Grombacher, Esq.
Marcus J. Bradley, Esq.
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Phone: (805) 270-7100
Email: mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

*Attorneys for the Cortez Plaintiffs and Proposed Class*

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

      I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address 31365 Oak Crest Drive, Suite 240, Westlake Village, CA 91361.

      On September 19, 2024, I served the foregoing documents described as

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF:**

1) **NOTICE OF MOTION AND MOTION FOR AN ORDER REQUIRING OBJECTORS AND APPELLANTS MIRIAM "MABEL" BROWN AND DAVID LOPEZ TO POST AN APPEAL BOND (DKT. NO. 66) AND**

2) **NOTICE OF MOTION AND MOTION TO EXPEDITE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR IMPOSITION OF RULE 7 APPEAL BOND AGAINST OBJECTORS AND APPELLANTS MIRIAM "MABEL" BROWN AND DAVID LOPEZ (DKT. NO. 67), FILED ON AUGUST 29, 2024**

on all interested parties in this action as follows:

[X]   **(BY CM/ECF )** I served the above-mentioned document(s) to the below party, who is registered with the Court's Case Management Electronic Filing System.

      Miriam Mabel Brown
      mbrown@sunchannel.net
      (Appellant/Objector)

[X]   **(BY E-MAIL)** On the above date, I served the above-mentioned document(s) by electronic mail to the parties' email addresses as they are known to me as displayed above. My email address is sboucher@bradleygrombacher.com I did not receive, within a reasonable period of time, any indication that the transmission did not go through.

      Sr. David Lopez
      claims_info@newhampshirerights.com
      (Appellant/Objector)

A copy of the foregoing documents will be sent by **OVERNIGHT MAIL** to the following on September 20, 2024 and a Proof of Service will be filed with the Court:

      Sr. David Lopez
      Tlahuapan 20-1, Colonia la Paz
      Oficina #235
      Puebla, Puebla, Mexico 72160
      (Appellant/Objector)

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed September 19, 2024, at Westlake Village, California.

_____
Suzette Boucher

---

PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTIONS (DKT. NOS.66 AND 67)