# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Charles R. Breyer, Judge

| | |
|---|---|
| STEVE PRYOR, individually, and on behalf of all others similarly situated, et al., ) ) ) ) | |
| Plaintiffs, ) ) | |
| VS. ) ) | NO. C 22-07084-CRB |
| BLACKHAWK NETWORK, INC., doing business as BLACKHAWK ENGAGEMENT SOLUTIONS, ) ) ) ) | |
| Defendant. ) ) | |

                                   San Francisco, California
                                   Friday, May 31, 2024

**TRANSCRIPT OF HYBRID PROCEEDINGS**

**APPEARANCES**: (Appearances via Zoom videoconference.)

For Plaintiffs:
                COLE & VAN NOTE
                555 12th Street - Suite 2100
                Oakland, California 94607
        **BY: LAURA GRACE VAN NOTE, ATTORNEY AT LAW**

For Defendant:
                ORRICK, HERRINGTON & SUTCLIFFE LLP
                The Orrick Building
                405 Howard Street
                San Francisco, California 94105
        **BY: REBECCA C. HARLOW, ATTORNEY AT LAW**

Reported By:  Ruth Levine Ekhaus, RMR, RDR, FCRR
               Official Reporter, CSR No. 12219

| | |
|---|---|
| 1 | <u>Friday - May 31, 2024</u>                                      <u>10:17 a.m.</u> |
| 2 | P R O C E E D I N G S |
| 3 | ---o0o--- |
| 4 | **THE CLERK:**  Calling Civil Action C 22-7084, Pryor |
| 5 | versus Blackhawk Network, Inc. |
| 6 | Counsel, please state your appearances. |
| 7 | **MS. VAN NOTE:**  Good morning.  This is Laura Van Note |
| 8 | for the plaintiff class. |
| 9 | **MS. HARLOW:**  Good morning, Your Honor.  Rebecca Harlow |
| 10 | on behalf of defendant Blackhawk. |
| 11 | **THE COURT:**  Good morning.  So this is the time for |
| 12 | final approval of the class action settlement, and motion for |
| 13 | approval of attorneys' fees and expenses and service awards. |
| 14 | I have -- does anyone want to be heard, other than the |
| 15 | litigants?  Did any -- any objector or anyone else want to be |
| 16 | heard on this matter? |
| 17 | (No response.) |
| 18 | **THE COURT:**  Okay.  No response. |
| 19 | I want to confirm that the settlement administrator sent |
| 20 | e-mail reminders to the settlement class members who have not |
| 21 | yet submitted a claim.  Is that -- |
| 22 | **MS. VAN NOTE:**  That's correct.  Yes. |
| 23 | **THE COURT:**  That's occurred.  Okay. |
| 24 | What is the updated number of claim forms submitted as of |
| 25 | the April 11th deadline? |

1     **MS. VAN NOTE:** I don't -- let me see.

2     I -- actually, I don't have an updated number.  I
3 apologize.

4     **THE COURT:** Well, what's the last number you have?

5     **MS. VAN NOTE:** Let me see.

6     The number of claims is just over -- it was just over
7 11 percent when we submitted our papers, which is 17,964.

8     **THE COURT:** So you don't have -- you don't know what
9 the updated number is, but it's -- it would simply be a larger
10 number; right?

11    **MS. VAN NOTE:** Yes.  Yes.  And obviously 11 percent is
12 a very good result in this type of case and we -- it's a little
13 bit higher than that, probably.

14    **MS. HARLOW:** Actually, if I may -- because I have an
15 e-mail that Ms. Van Note was not copied on, just her co-counsel
16 from April 19th, that reflects a final number of 24,287 claims,
17 of which 23,590 had been approved as of that date.  Some were
18 still deficiencies to be resolved.

19    **THE COURT:** Great.  That's very good.

20    So the Court has reviewed the settlement agreement and
21 finds it's fair and equitable and approves it.  And the Court
22 will approve the attorneys' fees expenses and services awards
23 in the amount requested.

24    Thank you.

25    **MS. VAN NOTE:** Thank you, Your Honor.

**MS. HARLOW:** Thank you, Your Honor.

                **THE COURT:** Okay.

                    (Proceedings adjourned at 10:20 a.m.)

                              ---o0o---


                          **CERTIFICATE OF REPORTER**

        I certify that the foregoing is a correct transcript

from the record of proceedings in the above-entitled matter.


DATE:    Sunday, August 4, 2024




                      *[signature: Ruth Levine]*


        _____
          Ruth Levine Ekhaus, RMR, RDR, FCRR, CSR No. 12219
                Official Reporter, U.S. District Court