**BRADLEY/GROMBACHER LLP**
Marcus J. Bradley, Esq (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Phone: (805) 270-7100
Email:  mbradley@bradleygrombacher.com
        kgrombacher@bradleygrombacher.com

*Attorneys for the Cortez Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BLACKHAWK NETWORK DATA BREACH LITIGATION<br><br>This Document Relates To:<br>3:22-cv-7492-CRB (Cortez) | Case No.: 3:22-cv-07084-CRB<br>Hon. Charles R. Breyer, Courtroom 6, 17th Floor<br><br>**DECLARATION OF KILEY GROMBACHER IN SUPPORT OF PLAINTIFFS' MOTION TO EXPEDITE BRIEFING ON MOTION FOR APPEAL BOND**<br><br>**Date: November 15, 2024**<br>**Time: 10:00 a.m.**<br>**CR:   6** |

I, Kiley Grombacher, declare that the following is true:

1. I am an attorney admitted to practice before this Court and am a partner in the firm of Bradley/Grombacher LLP, counsel for Plaintiffs in the action captioned above. I make this declaration of my own personal knowledge and, if called to do so, could testify competently to the facts stated herein under oath.

2. I submit this declaration pursuant to Civil Local Rule 6-3 in support of Plaintiffs' Motion to Expedite Briefing.

3. To the best of Plaintiffs' knowledge, neither Objector-Appellant Miriam "Mabel" Brown nor Objector-Appellant David Lopez (collectively, "Appellants-Objectors") have obtained counsel to represent them on appeal.

4. By email dated, July 24, 2024, Plaintiffs' counsel contacted Objector-Appellant Miriam "Mabel" Brown and Objector-Appellant David Lopez to discuss the frivolous, unfounded, and untimely nature of their objections and appeals—including in particular and with attached citation to case law, Objectors-Appellants' lack of standing. A true and correct copy of this correspondence is attached hereto as **Exhibit A**

5. Attached hereto as **Exhibit B** is a true and correct copy of the email response to Plaintiffs July 24, 2024 email, sent on July 25, 2024 by Objector Lopez (from email address claims_info@newhampshirerights.com.), stating his belief that it would be "inappropriate for [him] to dismiss [his] appeal." Ms. Brown did not reply.

6. Plaintiffs estimate that they will face substantial expenses in addressing both of the Objectors-Appellants' appeals, including the costs of: printing, photocopying, preparing and serving the appeal, responding to the appellate brief, and obtaining transcripts—including transcripts of the depositions of Objector-Appellant Ms. Brown and Objector-Appellant Mr. Lopez, taken in connection with the additional discovery granted by the Court. Plaintiffs estimate that these costs will be at least $15,000.

/ / /

/ / /

/ / /

7. The following time modifications have previously been ordered in this case:

| Date | Docket No./Case No. | Description |
| --- | --- | --- |
| January 10, 2023 | 19 | Stipulation And Order Consolidating Related Actions, Extending Response Date, And Setting Other Deadlines |

8. This modification would not affect any other matters in this case, as currently the only pending motion in this Court is Plaintiffs' motion for an appeal bond.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on this 2nd day of October 2024 at Westlake Village, California.

    /s/ *Kiley L. Grombacher*
    Kiley L. Grombacher