# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE: BLACKHAWK NETWORK DATA BREACH LITIGATION*<br><br>This Document Relates To:<br>3:22-cv-7492-CRB (Cortez) | **Case No.: 3:22-cv-07084-CRB**<br>Hon. Charles R. Breyer, Courtroom 6, 17th Floor<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE BRIEFING ON MOTION FOR IMPOSITION OF APPEAL BOND**<br><br>**Hearing Date:  November 15, 2024**<br>**Time: 10:00 a.m.**<br>**CR:   6** |

**IT IS HEREBY ORDERED THAT:**

Plaintiffs' Motion to Expedite Briefing on Motion for Imposition of Appeal Bond is GRANTED. The deadline for Objectors-Appellants Miriam "Mabel" Brown and David Lopez to respond to Plaintiffs' Motion for Imposition of Appeal Bond is _____, 2024.

If necessary, hearing on the appeal bond motion is set for _____, 2024.

**IT IS SO ORDERED.**

DATED:_____          _____
                                   HON. CHARLES R. BREYER
                                   UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO EXPEDITE