# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE: BLACKHAWK NETWORK DATA BREACH LITIGATION*<br><br>This Document Relates To:<br>3:22-cv-7492-CRB (Cortez) | **Case No.: 3:22-cv-07084-CRB**<br>Hon. Charles R. Breyer, Courtroom 6, 17th Floor<br><br>**ORDER DENYNG PLAINTIFFS' MOTION TO EXPEDITE BRIEFING ON MOTION FOR IMPOSITION OF APPEAL BOND**<br><br>**Hearing Date: November 15, 2024**<br>**Time: 10:00 a.m.**<br>**CR:   6** |

Plaintiffs' motion to expedite briefing seeks to advance the deadline for Objectors-Appellants Miriam "Mabel" Brown and David Lopez to respond by just one day. Mot. to Expedite (dkt. 78) at 2:16-19 (requesting October 15 deadline); Text Entry dkt. 74 (imposing October 16 deadline). Plaintiffs do not explain why a one-day change in the response date is necessary. The motion to expedite is DENIED; the response remains due on October 16, 2024.

If necessary, hearing on the appeal bond motion remains set for November 15, 2024.

**IT IS SO ORDERED.**

DATED: October 3, 2024

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE