UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

IN RE: BLACKHAWK NETWORK DATA ) 3:22-cv-07084 CRB
BREACH LITIGATION )

OPPOSITION TO THE MOTION TO POST AN APPEAL BOND AND MOTION TO EXPEDITE BRIEFING SCHEDULE

Mariam "Mabel" Brown files this opposition to the motion:

1. At Entry 69, I already responded to the flapdoodle motion. This motion is identical, I don't need to file another response.

2. Only a divine spiritual power knows why Class Counsel withdrew the motion instead of resetting the dates, then waited two weeks, then filed the same stuff again clogging the docket and DISTRACTING FROM FILING THE BRIEF IN THE APPELLATE COURT DUE IN TEN DAYS.

WHEREFORE the motions filed by Class Counsel should be denied.

Respectfully submitted,

/s/ *Mariam "Mabel" Brown*

_____

Mariam "Mabel" Brown