UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| IN RE: BLACKHAWK NETWORK DATA BREACH LITIGATION | ) 3:22-cv-07084 CRB ) |

STATUS REPORT

Miriam "Mabel" Brown files this status report as to the appeal:

1. To update this Court, Objector-Appellant advises this Court that the opening brief of the appellants was filed on October 30, 2024, and is under review by the Ninth Circuit to see if changes are needed.

2. A copy of the filed brief is attached hereto as Exhibit A so this Court can fully understand the meritorious nature and reasons for the appeal.

3. Appellants also filed their Excerpts of the Record which included all transcripts.

4. The record on appeal is closed and no motion exists anywhere to expand the record or adduce additional evidence. Any such motion would create the precise delays that Plaintiffs complain about.

Respectfully submitted,

/s/ *Miriam "Mabel" Brown*

_____
Miriam "Mabel" Brown