IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BLACKHAWK NETWORK DATA BREACH LITIGATION

This Document Relates To: ALL ACTIONS          Case No. 3:22-cv-07084-CRB

# NOTICE OF APPEAL

I, Miriam "Mabel" Brown appeal the Order entered on November 5, 2024, to the United States Court of Appeals for the Ninth Circuit.

Dated this 6th day of November 2024.

*Miriam Mabel Brown*

Miriam "Mabel" Brown
Box 9007
Providence RI  02940
mbrown@sunchannel.net


I join and also appeal to the United States Court of Appeals for the Ninth Circuit.from Order of November 6, 2024.
     6th day November

Sr. David Lopez
Tlahuapan 20-1, Colonia la Paz
Oficina #235
Puebla, Puebla, Mexico, 72160
claims_info@newhampshirerights.com